# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIO SCIORTINO, *et al.*,    )
        Plaintiffs,    )    Case No.  2:10-cv-02254-RLH-GWF
            )
vs.    )    **ORDER**
            )
DANA MECUM, *et al.,*    )
        Defendants.    )
            )

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed December 29, 2010.  Defendants filed a Motion to Dismiss (#6) on February 17, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 28th day of March, 2011.

                                      _____
                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge